| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 2:01CR00016-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 08 CRIM 641 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: JASON ROBLES, a/k/a "JADA" | DISTRICT West Virginia Northern | DIVISION Elkins |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Robert E. Maxwell | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 03/03/2008 — TO 03/02/2011 |

OFFENSE
Aiding and Abetting the Distribution of Cocaine Base, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C § 2

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

June 16, 2008
*Date*

*Signature*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUL 15 2008
*Effective Date*

James C. Francis IV
*United States District Judge*