REQUEST FOR COURT ACTION / DIRECTION

TO: Jim Molinelli
Docket Clerk

OFFENSE: Aiding and Abetting the Distribution of Cocaine Base (21 USC 841 (a)(1) and 18 USC 2), Class C Felony.

ORIGINAL SENTENCE: One Hundred Eight (108) months imprisonment followed by Three (3) Years Supervised Release.

FROM: George Olivares
U.S. Probation Officer

SPEC. CONDITIONS: $100 Special Assessment. The defendant shall participate in a program of testing, counseling and treatment for the use if alcohol or drugs if so ordered by the Probation Officer.

AUSA: Sherry L. Muney

RE: Jason Robles
Docket #2:01CR00016-001

DATE OF SENTENCE: 07/19/02

DATE: July 9, 2008

08CRIM 641

ATTACHMENTS: JUDGMENT X

ASSIGNMENT FOR TRANSFER OF JURISDICTION

On July 9, 2002, the above-mentioned individual was sentenced as outlined above in the Northern District of West Virginia, by the Honorable Robert E. Maxwell, U.S. District Judge.

On June 19, 2008, we received a letter from the Northern District of West Virginia,, advising that the Honorable Robert E. Maxwell, U.S. District Judge, signed the Transfer of Jurisdiction Probation Form 22 ordering Mr. Robles transfer to the Southern District of New York. At this time we are requesting that this case be assigned to the Judge in the Southern District of New York for acceptance of transfer of jurisdiction.

Enclosed are two (2) original forms of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return both original Forms 22 as they are required for both districts to complete the transfer.

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

George Olivares
U.S. Probation Officer
212-805-5133